SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>Sabrina H. Choe,<br><br>    Defendants | Case No. **2:11-cv-01074-KJM-CKD**<br><br>**ORDER RE: STIPULATION FOR EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE** |

    IT IS HEREBY ORDERED THAT a settlement conference is set for October 19, 2012 at 10:00 a.m. before Magistrate Judge Carolyn K. Delaney.  Confidential settlement conference statements shall be submitted seven days prior to the conference.  Waivers of disqualification of the assigned magistrate judge presiding over the settlement

    ////
    ////

PROPOSED ORDER RE STIPULATION FOR EARLY SETTLEMENT CONFERENCE

CIV: S-11-cv-01074-KJM-CKD - 1

1  conference shall also be filed no later than seven days
2  prior to the conference.
3  Dated: September 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER RE STIPULATION FOR EARLY SETTLEMENT CONFERENCE

CIV: S-11-cv-01074-KJM-CKD - 2